NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENTS OF THE UNIVERSITY OF MINNESOTA,**
*Plaintiff-Appellant,*

v.

**DAVID J. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee,*

**and**

**AGA MEDICAL CORPORATION,**
*Defendant-Appellee.*

---

2010-1321

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0951, Judge Gerald Bruce Lee.

---

**ON MOTION**

---

**ORDER**

The Director of the United States Patent and Trademark Office and AGA Medical Corporation move for a 60-day extension of time, until October 4, 2010, to file their opening briefs. The Regents of the University of Minnesota oppose in part.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. No further extensions should be anticipated.

FOR THE COURT

AUG 1 6 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kevin D. Conneely, Esq.
Tara Norgard, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 6 2010

JAN HORBALY
CLERK